UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN 25 2013

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK RICHARDSON,

    Defendant.
_____/

CRIMINAL NO. 10-cr-20397

HON. GERALD E. ROSEN

## STIPULATION AND AGREEMENT REGARDING PRIOR FELONY CONVICTION

IT IS AGREED AND STIPULATED between the undersigned counsel for the government and the undersigned counsel for the Defendant, with Defendant's express consent, that prior to May 28, 2010 FRANK RICHARDSON had been convicted of a felony (that is, a crime with a possible punishment of more than one year in prison), knew that he had been convicted of a felony, had not had his conviction expunged nor his rights restored, and that the government can prove this beyond a reasonable doubt.

Signed:

For the United States

_____
JOHN N. O'BRIEN II
Assistant U.S. Attorney

_____
JEANINE M. BRUNSON
Signed: 6/11/13

_____
FRANK RICHARDSON
Defendant
Dated: 6-11-13

Signed:

For the Defendant

_____
CRAIG A. DALY
Attorney for Defendant

Court Exhibit #
6-25-2013