UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),                CASE NO. 10-20397/11-20444

v.

                                  HONORABLE GERALD E. ROSEN

FRANK RICHARDSON,

        Defendant(s).
_____/

**ORDER GRANTING MOTION TO QUASH SUBPOENA (DOCS. 163, 47)**

On June 26, 2013 the Court held a hearing on defendant's subpoenaed witness Ali Bazzi's Motion to Quash Subpoena (Docs. 163, 47). For the reasons stated on the record,

IT IS ORDERED that the motion is GRANTED. The defendant's subpoena as to witness Ali Bazzi is QUASHED.

SO ORDERED.

Dated: June 26, 2013                s/Gerald E. Rosen
                                                  Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2013, by electronic and/or ordinary mail.

                                                                s/Julie Owens
                                                                Case Manager, (313) 234-5135