```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION


UNITED STATES OF AMERICA


                    Government.

       v.                              Case No. 11-20444


FRANK RICHARDSON-D2,


                    Defendant.
_____/



                       ARRAIGMENT HEARING

          BEFORE THE HONORABLE MONA K. MAZOUB
             United States Magistrate-Judge
          115 US Courthouse & Federal Building
                 231 W. Lafayette Street
                  Detroit, Michigan 48226
                    Monday, April 5, 2012


APPEARANCES:

        JOHN N. O'BRIEN, II
        Assistant United States Attorney
        211 W. Fort Street
        Detroit, MI 48226
        On behalf of the Government.

        ANDREW WISE
        Federal Defender Office
        618 Abbott Street
        Detroit, MI 48226
        On behalf of the Defendant.

To Obtain a Certified Transcript:
Carol S. Sapala, RMR, FCRR
313.961.7552
www.transcriptorders.com

                Usa v Richardson 11-20444
```

Arraignment on Indictment  4-05-2012

C O N T E N T S

_____

IDENTIFICATION                                          PAGE

WITNESSES

None.

Arraignment on the Indictment                             3

Certificate of Court Reporter                             8

E X H I B I T S

_____

IDENTIFICATION                          MARKED    RECEIVED

None Marked, Offered or Received

Usa v Richardson 11-20444

Arraignment on Indictment  4-05-2012

1         Detroit, Michigan

2         Monday, April 5, 2012

3         1:35 p.m.

4         (The transcriber was not

5         present at this hearing)

6         THE CLERK:  Court calls case number 11-20444,

7   defendant one, United States versus Frank Richardson.

8         MR. O'BRIEN:  John O'Brien on behalf of the

9   United States.

10        THE COURT:  Thank you.

11        MR. O'BRIEN:  Mr. Richardson is before the

12  court this after than to be arraigned on an indictment.

13  He has another case pending before Judge Rosen, although

14  counsel has not been formally appointed to represent him

15  in this case.

16        THE COURT:  Thank you.

17     Will the defendant state his name to the court,

18  please.

19        THE DEFENDANT:  Frank Richardson.

20        THE COURT:  Mr. Richardson, you're here today

21  to be arraigned on an indictment.

22     You are charged in a two-count indictment.  Count

23  One charges inference with commerce by robbery.

24     Count Two charges use of a firearm during the

25  commission of a violent crime.

Usa v Richardson 11-20444

Arraignment on Indictment  4-05-2012

1      Those are the charges in the indictment.
2      Are you familiar with the changes?
3              THE DEFENDANT:  I see them.
4              THE COURT:  Thank you.  You have the right to
5  be represented by an attorney not only today, but at all
6  critical stages of these proceedings.
7      Are you asking this do court to appoint counsel for
8  you?
9              THE DEFENDANT:  Yeah.
10             THE COURT:  I'll appoint the Federal Defender
11 Office.
12             MR. DALY:  Thank you, Your Honor.  Andrew Wise
13 of that office.
14     Mr. Richardson is represented in the other case
15 before Judge Rosen by David Cripps pursuant to CJA panel
16 appointment and I anticipate that our office will
17 reassign this case to Mr. Cripps as well.
18     Mr. Richardson has indicated he has no objection.
19             THE COURT:  It's not David Cripps, is it?
20 David?
21             MR. O'BRIEN:  Yes, Your Honor.
22             THE COURT:  David.  I thought it was a
23 different first name.  All right.
24             MR. O'BRIEN:  Mr. Cripps is representing him
25 in this matter as well.

Usa v Richardson 11-20444

Arraignment on Indictment   4-05-2012

 1          MR. WISE:  He is I think and I received the
 2   voice mail from Mr. Cripps asking me to cover this
 3   proceeding for him today.
 4       I think Mr. Richardson is prepared be arraigned on
 5   the indictment at this time.
 6       However, I did provide him with an acknowledgment
 7   of the indictment which he's indicating he does not wish
 8   to sign.
 9       I have signed it and Mr. Richardson also at this
10   point is willing to participate in the arraignment, does
11   not wish to waive any objection he may have to anything
12   before this Court.
13          THE COURT:  So, Mr. Richardson, did you wish
14   to be arraigned today or do you wish to wait for
15   Mr. Cripps to come in and represent you?
16          THE DEFENDANT:  No.  I want to be arraigned
17   today.
18          THE COURT:  All right.  Let's proceed with
19   that then.
20          MR. O'BRIEN:  I'm providing copies of the
21   acknowledgment not signed to the government and the
22   Court.
23                  (After a short delay, the
24                   proceedings continued)
25          THE COURT:  Mr. Richardson, as I've indicated

Usa v Richardson 11-20444

Arraignment on Indictment   4-05-2012

1  earlier, Count One charges interference with commerce by
2  robbery which is a violation of 18 USC Section 1951.
3       I want you to understand that the penalty, should
4  you be found guilty or should you plead guilty to this
5  charge is up to 20 years in prison, a $250,000 fine or
6  both.
7       Do you understand that?
8            THE DEFENDANT:  Yes.
9            THE COURT:  With regard to Count Two which
10 charges possession of a firearm during a crime of
11 violence, a violation of Title 18 United States Code
12 Section 924(c), the penalty, should you either plead
13 guilty or be found guilty of these charges, is seven
14 years consecutive to any other sentence which would be
15 the first offense or 25 years consecutive to any other
16 sentence which would be the second or subsequent offense
17 and a $250,000 fine.
18      Do you understand that, sir?
19           THE DEFENDANT:  Yes.
20           THE COURT:  Very well.  How do you plead?
21           THE DEFENDANT:  Not guilty.
22           THE COURT:  I'm entering your plea today of
23 not guilty.
24      And with regard to the issue of detention?
25           MR. O'BRIEN:  Mr. Richardson is detained in

Arraignment on Indictment   4-05-2012

1  the other case before Judge Rosen.  We'd be seeking his
2  detention on this case as well.
3          MR. WISE:  I believe Mr. Richardson on this
4  case would consent to detention, reserving the right to
5  seek a bond should circumstances change once Mr. Cripps
6  gets into this case.
7          THE COURT:  Mr. Richardson, Mr. Wise has
8  indicated you are voluntarily consenting to federal
9  detention in this matter; is that the fact?
10         THE DEFENDANT:  Yes.
11         THE COURT:  Very well.  I will sign an order
12 of detention by consent.  And I believe we're finished.
13         STPHAO:  We are.  Thank you, judge.
14         MR. WISE:  Thank you.
15
16         (This hearing concluded at 1:35 p.m.)
17
18
19
20
21
22
23
24
25

Usa v Richardson 11-20444

Arraignment on Indictment   4-05-2012

2     CERTIFICATE OF COURT TRANSCRIBER

5  I hereby certify that I have transcribed
6  these proceedings to the best of my ability,
7  training, and knowledge.

11  CAROL S. SAPALA, RMR-FCRR          April 29, 2014

Usa v Richardson 11-20444