UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 4, 2025
KELLY L. STEPHENS, Clerk

No. 24-1693

In re: FRANK RICHARDSON,

Movant.

)
)
)
)
)
)
)

Before: SUHRHEINRICH, WHITE, and RITZ, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon the motion by Frank Richardson to authorize the district court to consider a second or successive 28 U.S.C. § 2255 motion to vacate sentence.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motion for authorization is DENIED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk