FILED
CLERK'S OFFICE
APR 28 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

Case No.(s) 20397 & 20444

To The Clerk of the Court,

I am writing in regards to my current restitution order, as I am a NON-UNICOR worker and from both Policy Statement and C.F.R., I am to pay an amount that is consistent with funds placed into my account from outside sources and institution pay. Yet, the institution is circumventing said policy and C.F.R. and inflated payments. My obligation is to make payments toward said restitution. So in that vein, I am asking that an Order be issued by this Court in order to make $25.00 payments directly ~~to the clerk of the Court to fulfill and satisfy~~ said requirement. As under P.S. 5308.08, Section 8(b)(1), which provides that "[o]rdinarily, the minimum payment for NON-UNICOR and Unicor grade 5 inmates will ~~be~~ $25.00 per quarter." Which I am NON-UNICOR and due to issues at institution I am requesting same be made applicable by Court Order as it relates to both case numbers 20397 & 20444. This is further backed by 28 C.F.R. 545.11(b). This payment will be made by my family to the Clerk, institution check from myself or money order upon said Order from this Honorable Court. I ask that a copy of same be sent to myself and the appropriate department here at U.S.P.

(1)

McCreary, 330 Federal Way, Pine Knot, KY. 42635 with guidance for insuring payment is documented to show my compliance with Court's Order and both restitution and FRP compliance. As with the signing of this letter/motion request for direct restitution payment be made to the Court's Clerk, I, undersigned agree to make the payment in accordance to the Order.

Respectfully, ~~Frank Richardson~~
Frank Richardson
#44641-039 (pro se)
U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY.
42635

I would also ask for a copy of all ~~funds paid by all parties in this~~ ~~matter towards restitution.~~

on this 15th day of April, 2025.

I humbly request a copy of instant letter/motion request for direct restitution payment to Clerk be sent back with any documents pertaining to this matter.

FILED PURSUANT TO
28 U.S.C. 1746

(2)

Case 2:10-cr-20897-MAG-VMM ECF No. 480, PageID.4730 Filed 04/28/25 Page 3 of 3



To: The Clerk of The Court For The
Honorable Judge Mark A. Goldsmith
U.S. District Court (Eastern District)
231 West Lafayette Blvd
Detroit, MI. 48226

U.S. Postal Tracking #
9589 0710 5270 1418 9037 37

RECEIVED
APR 28 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Legal Mail
April 15, 2025

Name Frank Richardson
Reg. No. 14691-039 Unit 2A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

U.S. POSTAGE PAID
FCM LETTER
PINE KNOT, KY 42635
APR 21, 2025
$0.00
R2305K140622-5

48226

Legal Mail
April 15, 2025
U.S. District Court #35 in Knoxville
9589 0710 5270 1418 9037 37